TONY WEST
Assistant Attorney General
ARTHUR R. GOLDBERG
Assistant Director, Federal Programs Branch
VARU CHILAKAMARRI (NY Bar #4324299)
KATHRYN L. WYER (Utah Bar #9846)
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel. (202) 616-8475/Fax (202) 616-8470
kathryn.wyer@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIN ALLIANCE FOR MEDICAL MARIJUANA, a not-for-profit association, et al.<br><br>Plaintiffs,<br>v.<br><br>ERIC HOLDER, Attorney General of the United States; MICHELLE LEONHART, Administrator of the Drug Enforcement Administration; MELINDA HAAG, U.S. Attorney for the Northern District of California,<br>Defendants. | CASE NO. 11-5349 (SBA)<br><br>**ORDER ON STIPULATION AND JOINT REQUEST FOR EXPANSION OF APPLICABLE PAGE LIMITS** |

The parties' Stipulation and Joint Request for Expansion of Applicable Page Limits is hereby APPROVED. The parties' briefing schedule in regard to Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss, and applicable page limits, shall be as follows:

| | |
|---|---|
| January 10, 2011 | Defendants' Motion to Dismiss with supporting memorandum and Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction (25 pages) |
| January 24, 2011 | Plaintiffs' Reply in Support of Preliminary Injunction and Opposition to Defendants' Motion to Dismiss (25 pages) |

| | | |
|---|---|---|
| 1 | January 31, 2011 | Defendants' Reply in Support of Motion to Dismiss (10 pages) |
| 2 | | |
| 3 | February 14, 2011 | Hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss |
| 4 | | |

IT IS SO ORDERED.

Dated: 12/13/11

*Saundra B. Armstrong*
The Honorable Saundra Brown Armstrong
United States District Judge